Prepared by State Reporter from Appeal Papers

Court in the second judicial department reversing a judgment in favor of the plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was to foreclose a mortgage on real property. The defense was that the mortgage was signed by the alleged mortgagor without knowledge or information as to its nature or that it affected her interest in the real property in suit; that the instrument was never acknowledged by her and that she had received no consideration therefor.

*Benjamin M. Freeman* for plaintiff, appellant.

*Henry M. Bellinger, Homer A. Stebbins* and *J. Elmer Melick* for defendant, appellant.

*Arthur F. Engel* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

FRANCES TEMMASO, an Infant, by PIETRO TEMMASO, Her Guardian ad Litem, Respondent, *v.* JOHN BETSCH, Appellant.

*Negligence — motor vehicles — child struck by motor truck while crossing street.*

*Temmaso* v. *Betsch*, 217 App. Div. 756, affirmed.

(Argued November 23, 1926; decided December 31, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 8, 1926, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, a child eight years old, while attempting to cross Wilson avenue, between Suydam and Hart streets in the borough of Brooklyn was struck by defendant's motor truck and received the injuries complained of.

*James A. Nooney* and *Joseph Force Crater* for appellant. *Sol. Boneparth, David M. Fink* and *Jacquin Frank* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

COUNTY OF ALLEGANY, Respondent, *v.* DELBERT P. SNYDER, Appellant.

*Officers — county clerk — fees — action by county to recover sum collected as fees by county clerk.*

*County of Allegany* v. *Snyder,* 214 App. Div. 810, affirmed.

(Submitted November 23, 1926; decided December 31, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 28, 1925, unanimously affirming a judgment in favor of plaintiff entered upon an order of Special Term granting a motion for judgment on the pleadings. The action was brought by the county of Allegany to recover from the defendant certain compensation received by him during the year 1922, while serving as Allegany county clerk, the office being a salaried one, for the registering and issuing of motor vehicle license plates, amounting in all to the sum of $716.40 which was alleged in the complaint to belong to the plaintiff. The answer admitted the receipt of such compensation by the defendant, denied that the same belonged to the plaintiff and alleged that such compensation was received by the defendant as an individual only acting for and as agent of the State Tax Commission under and pursuant to the provisions of section 283-a of the Highway Law of the State of New York, in force at the time such compensation was paid.

*Charles D. Newton* and *Edwards P. Ward* for appellant. *Fred A. Robbins* for respondent.